AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

BRIAN JOHNSON, Individually and On Behalf of All Others Similarly Situated,

V.

STERLING FINANCIAL CORP., J. ROGER MOYER JR, J. BRADLEY SCOVILL and TITO L. LIMA,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CIV 4652

TO: (Name and address of Defendant)

Tito L. Lima
c/o Sterling Financial Corporation
101 North Pointe Boulevard
Lancaster, PA 17601-4133

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          JUN 0 1 2007
CLERK                                                        DATE
  /s/ Marcos Quintero
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06/08/2007 — 4:12 PM |
| NAME OF SERVER (PRINT) John Shinkowsky | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other   Served Jean Svoboda, General Counsel.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/08/2007
              Date

Signature of Server

P.O. Box 61827
Harrisburg, PA 17106
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.