

*KoeLTZ,J*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRIAN JOHNSON, Individually and On Behalf of All Others Similarly Situated<br><br>        Plaintiff,<br><br>    vs.<br><br>STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   1:07-cv-04652 (JGK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

Counsel for Plaintiff, Brian Johnson, and Counsel for Defendants, Sterling Financial

Corp. ("Sterling Financial"), J. Roger Moyer, Jr., J. Bradley Scovill and Tito L. Lima, hereby

stipulate and agree as follows:

1.      This action is one several purported class actions filed against Defendants

alleging, inter alia, violations of the Securities Exchange Act of 1934.

2.      At this time, Defendants are aware of at least three similar actions that have been

filed in the Southern District of New York. At least one other action has been filed in the

Eastern District of Pennsylvania.

3.      Counsel expect that the five pending cases, and any additional cases which may

be filed, will eventually be consolidated in a single Court and a Consolidated Amended

Complaint will be filed.

4.      An extension of time pending the filing of a Consolidated Amended Complaint

will avoid unnecessary expenditure of the parties' and this Court's resources.

5.     Accordingly, counsel request that the deadline for Defendants' response to the

Complaint shall be extended to sixty (60) days until after the filing of a Consolidated Amended

Complaint. If Defendants file a motion to dismiss the Consolidated Amended Complaint,

Plaintiff shall have sixty (60) days until after the filing of such motion in which to file an

opposition brief. Defendants shall have thirty (30) days until after the filing of such opposition

in which to file a reply brief.

6.     Counsel further request that Plaintiff shall have sixty (60) days until after the date

this Court issues an order appointing lead plaintiff(s) and lead counsel, in which to file the

Consolidated Amended Complaint.

7.     No previous extensions have been requested.

8.     By agreement of counsel, service of process on all Defendants is deemed

accepted.

Samuel H. Rudman (SR-7957)
David A. Rosenfeld (DR-7564)
Mario Alba, Jr. (MA-7240)
LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100 (p)
(631) 367-1173 (f)

*ATTORNEYS for Plaintiff*

C. William Phillips
COVINGTON & BURLING LLP
620 8th Avenue
New York, NY 10018
(212) 841-1081 (p)
(212) 841-1010 (f)

*ATTORNEYS for Defendants*
*Sterling Financial Corporation,*
*J. Roger Moyer, Jr., J. Bradley Scovill*
*and Tito L. Lima*

Dated: June 25, 2007

**IT IS SO ORDERED:**

7/3/07

U.S.D.J.