UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| BRIAN JOHNSON, Individually and On Behalf of All Others Similarly Situated, : | Case No. 1:07-cv-04652-JGK |
| Plaintiff, : | |
| - against - : | CORPORATE DISCLOSURE STATEMENT |
| STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL and TITO L. LIMA, : | ECF CASE |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Sterling Financial Corporation, Bank of Lancaster County, N.A., and Equipment Finance LLC, submit the following statement:

Equipment Finance LLC, is a wholly owned subsidiary of BLC Bank, N.A., formerly Bank of Lancaster County, N.A.  BLC Bank, N.A. is a wholly owned subsidiary of Sterling Financial Corporation.  Sterling Financial Corporation is publicly traded on the NASDAQ.  No publicly traded company owns ten percent or more of Sterling Financial Corporation's stock.

Dated:  New York, New York
        August 3, 2007

                                        COVINGTON & BURLING LLP

                                        By:    s/ C. William Phillips
                                               C. William Phillips

                                               620 Eighth Avenue
                                               New York, New York  10018
                                               (212) 841-1000

                                        *Attorneys for Defendants*